UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BAHIG BISHAY, et al.,<br><br>                       Appellants,<br><br>              v.<br><br>SCOTT S. HARRIS, in his individual capacity, et al.,<br><br>                       Appellees. | APPEAL NO: 23-5019<br>Case No. 1:21-cv-01831 (TNM) |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for Appellees, Maura Healey, in her individual capacity; Elizabeth A. Kaplan, in her individual capacity; Barbara A. Lenk, in her individual capacity; Frank M. Gaziano, in his individual capacity; David A. Lowy, in his individual capacity; Kimberly S. Budd, in her individual capacity; Elspeth B. Cypher, in her individual capacity; Scott Kafker, in his individual capacity; Robert A. Cornetta, in his individual capacity; Massachusetts Superior Court; Massachusetts Land Court; and Alexander H. Sands, III, in his individual capacity, in the above-captioned appeal.[1]

                                             ANDREA JOY CAMPBELL
                                             ATTORNEY GENERAL

                                             */s/ Robert E. Toone*
                                             Robert E. Toone, D.C. Cir. No. 56109
                                             Assistant Attorney General
                                             Government Bureau
                                             One Ashburton Place

---

[1] Plaintiffs-Appellants also sued the former Chief Justice of the Massachusetts Supreme Judicial Court, Ralph D. Gants, in the District Court. But Hon. Gants is deceased and thus was not properly named as a defendant in this matter. *See* Boston Globe, *SJC Chief Justice Ralph D. Gants, a fearless advocate for racial justice, dies at 65* (Sept. 14, 2020).

Boston, MA  02108  
(617) 727-2200  
Robert.Toone@mass.gov

Date:  March 28, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on this day, March 28, 2023, the foregoing Notice of Appearance has been served on other parties by this Court's electronic case filing system, and by U.S. Mail upon:

Bahig Bishay  
Mary Bishay  
P.O. Box 396  
Norwood, MA 02062  
*Appellants*

　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. Toone*  
　　　　　　　　　　　　　　　　　　　　Robert E. Toone, D.C. Cir. No. 56109